UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

David Roberts
                              Plaintiff,
v.                                            Case No.: 1:16−cv−04676
                                              Honorable John Z. Lee
Donald J. Trump For President, Inc.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 16, 2016:

     MINUTE entry before the Honorable John Z. Lee: At the status hearing held on 6/16/16 for case 16−cv−4603, Plaintiff's motion to consolidate cases and appoint interim class counsel [19] was granted in part and denied in part. Case number 16−cv−4676 is consolidated for all purposes with case 16−cv−4603. All future filings should be filed in the lowered numbered case 16−cv−4603. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.